IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Alpine Partners (BVI), L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 24- |

**DECLARATION OF DUANE L. LOFT IN SUPPORT OF PETITIONER'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

I, Duane L. Loft, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at the law firm of Pallas Partners (US) LLP, which serves as counsel to Alpine Partners (BVI), L.P. ("**Petitioner**") in the above-captioned matter. I make this declaration in support of Petitioner's Application for an Order of Judicial Assistance pursuant to 28 U.S.C. § 1782 (the "**Application**").

2. Petitioner brings this Application to obtain limited discovery under 28 U.S.C. § 1782 from AstraZeneca Pharmaceuticals LP ("**AstraZeneca US**"); Kevin Durning ("**Durning**"); Centerview Partners LLC ("**Centerview**"); OrbiMed Capital LLC ("**OrbiMed Capital**"); and OrbiMed Advisors LLC ("**OrbiMed Advisors**") (each a "**Respondent**"). Petitioner seeks the discovery for use in an appraisal proceeding pending before the Grand Court of the Cayman Islands (the "**Appraisal Proceeding**") concerning the company Gracell Biotechnologies Inc. ("**Gracell**" or the "**Company**").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the proposed subpoena

that Petitioner seeks to serve on Respondent AstraZeneca US in connection with the Appraisal Proceeding.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Respondent Durning in connection with the Appraisal Proceeding.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Respondent Centerview in connection with the Appraisal Proceeding.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Respondent OrbiMed Capital in connection with the Appraisal Proceeding.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Respondent OrbiMed Advisors in connection with the Appraisal Proceeding.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Delaware Department of State, Division of Corporations registry entry for Respondent AstraZeneca US.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the LinkedIn web profile for Respondent Durning accessible at https://www.linkedin.com/in/kevin-durning-34a58247/.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Delaware Department of State, Division of Corporations registry entry for Respondent Centerview.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Delaware Department of State, Division of Corporations registry entry for Respondent OrbiMed Capital.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Delaware Department of State, Division of Corporations registry entry for OrbiMed Advisors.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Proxy Statement filed by Gracell with the U.S. Securities and Exchange Commission ("**SEC**") on January 19, 2024.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Form F-1 Registration Statement filed by Gracell with the SEC on December 18, 2020.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Gracell press release dated February 20, 2024 titled "Gracell Biotechnologies Announces Shareholders' Approval of Merger Agreement" accessible at https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20240220-9151.pdf.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Form 20-F filed by Gracell with the SEC on April 25, 2023.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a statement by SEC Chair Gary Gensler dated July 30, 2021 titled "Statement on Investor Protection Related to Recent Developments in China" accessible at https://www.sec.gov/news/public-statement/gensler-2021-07-30.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the SEC's Investor Bulletin dated September 20, 2021 titled "Investor Bulletin: U.S.-Listed Companies Operating Chinese Businesses Through a VIE Structure" accessible at https://www.sec.gov/oiea/investor-alerts-and-bulletins/investor-bulletin-us-listed-companies-operating-chinese.

19. Attached hereto as **Exhibit 17** is a true and correct copy of SEC's Division of Corporation Finance's Disclosure Guidance: Topic No. 10 dated November 23, 2020 titled "Disclosure Considerations for China-Based Issuers" accessible at https://www.sec.gov/corpfin/disclosure-considerations-china-based-issuers.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Nasdaq article dated

January 8, 2021 titled "Chinese cancer biotech Gracell Biotechnologies prices US IPO above the range at $19" accessible at https://www.nasdaq.com/articles/chinese-cancer-biotech-gracell-biotechnologies-prices-us-ipo-above-the-range-at-$19-2021.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Financial Times article dated June 4, 2023 titled "AstraZeneca defies geopolitics to bet on China" accessible at https://www.ft.com/content/4f9c5b6a-203a-49ed-8be7-2fd41de1fcd7.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Forbes article dated September 26, 2023 titled "AstraZeneca Looks To China For Growth - But CEO Says Spinoff Not Happening" accessible at https://www.forbes.com/sites/qai/2023/09/26/astrazeneca-looks-to-china-for-growthbut-ceo-says-spinoff-not-happening/#:~:text=AstraZeneca%20won't%20want%20to,spinoff%20speculations%20as%20%E2%80%9Crumor.%E2%80%9D.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the AstraZeneca announcement dated February 9, 2023 titled "Full year and Q4 2022 results" accessible at https://www.astrazeneca.com/media-centre/press-releases/2023/full-year-and-q4-2022-results.html.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the AstraZeneca announcement dated February 8, 2024 titled "FY and Q4 2023 results" accessible at https://www.astrazeneca.com/media-centre/press-releases/2024/full-year-and-q4-2023-results.html.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the China-Britian Business Focus article dated 2018 titled "AstraZeneca Looks To China For Growth - But CEO Says Spinoff Not Happening" accessible at https://focus.cbbc.org/leon-wang-astrazeneca/amp/.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Reuters article dated May 19, 2023 titled "AstraZeneca will seek to 'love the Communist Party', its China boss says" accessible at https://www.reuters.com/business/healthcare-pharmaceuticals/astrazenecas-china-boss-says-drugmaker-will-seek-love-communist-party-2023-05-19/.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the AstraZeneca press release dated December 16, 2015 titled "AstraZeneca continues strategic investment in China to accelerate delivery of innovative biologics and targeted medicines" accessible at https://www.astrazeneca.com/media-centre/press-releases/2015/AstraZeneca-continues-strategic-investment-in-China-to-accelerate-delivery-of-innovative-biologics-and-targeted-medicines-16122015.html#modal-historic-confirmation.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the AstraZeneca press release dated November 6, 2019 titled "AstraZeneca announces three large-scale initiatives in China to advance global medicine research and development" accessible at https://www.astrazeneca.com/media-centre/press-releases/2019/astrazeneca-announces-three-large-scale-initiatives-in-china-to-advance-global-medicine-research-and-development-061120119.html#.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the AstraZeneca press release dated February 23, 2023 titled "AstraZeneca enters license agreement with KYM Biosciences for CMG901, a Claudin-18.2 antibody drug conjugate" accessible at https://www.astrazeneca.com/media-centre/press-releases/2023/astrazeneca-enters-license-agreement-with-kym-biosciences-for-cmg901-a-claudin-182-antibody-drug-conjugate.html.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the Nasdaq article dated May 12, 2023 titled "LaNova Medicines Announces Global Exclusive License Agreement with

AstraZeneca for LM-305, a Novel GPRC5D-Targeting Antibody Drug Conjugate" accessible at https://www.nasdaq.com/press-release/lanova-medicines-announces-global-exclusive-license-agreement-with-astrazeneca-for-lm.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the AstraZeneca press release dated November 9, 2023 titled "AstraZeneca licenses novel agent for the treatment of cardiometabolic conditions and obesity" accessible at https://www.astrazeneca.com/media-centre/press-releases/2023/agreement-with-eccogene-for-clinical-stage-glp-1ra.html.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the South China Morning Post article dated May 27, 2024 titled "Why pharmaceutical giant AstraZeneca chose Hong Kong for new R&D hub focused on oncology, rare diseases, and gene and cell therapies" accessible at https://www.scmp.com/native/news/hong-kong/health-environment/topics/hub-enterprises-future/article/3263625/why-pharmaceutical-giant-astrazeneca-chose-hong-kong-new-rd-hub-focused-oncology-rare-diseases-and#:~:text=%E2%80%9CWe%20tend%20to%20establish%20R%26D,gateway%20access%20to%20mainland%20China.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the Gracell press release dated November 27, 2023 titled "Gracell Biotechnologies Announces FDA Clearance of IND Application for Phase 1/2 Clinical Trial of FasTCAR-T GC012F for the Treatment of Refractory Systemic Lupus Erythematosus" accessible at https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20231127-9021.pdf.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the Gracell press release dated January 29, 2024 titled "Gracell Biotechnologies Announces FDA Clearance of IND Application for Phase 1 Clinical Trial of FasTCAR-T GC012F as Early-Line Treatment of

6

Multiple Myeloma" accessible at https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20240129-9111.pdf.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the Gracell press release dated August 7, 2023 titled "Gracell Biotechnologies Announces Up to $150 Million Private Placement Financing Joined by a Syndicate of Premier Healthcare Investors" accessible at https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20230807-8681.pdf.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the AstraZeneca press release dated December 12, 2020 titled "AstraZeneca to acquire Alexion, accelerating the Company's strategic and financial development" accessible https://www.astrazeneca.com/media-centre/press-releases/2020/astrazeneca-to-acquire-alexion.html.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the Form 6-K filed by AstraZeneca PLC with the SEC on December 26, 2023.

38. Attached hereto as **Exhibit 36** is a true and correct copy of the Reuters article dated March 28, 2024 titled "Exclusive: China's WuXi AppTec shared US client's data with Beijing, US intelligence offi0cials told senators" accessible https://www.reuters.com/technology/chinas-wuxi-apptec-shared-us-clients-data-with-beijing-us-intelligence-officials-2024-03-28/.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the article by Jyh-An Lee published on August 22, 2020 by the Boston University Journal of Science and Technology Law titled "Forced Technology Transfer in the Case of China" accessible at https://www.bu.edu/jostl/files/2020/08/3-Lee.pdf.

40. Attached hereto as **Exhibit 38** is a true and correct copy of the article by Daniel C.K. Chow published in 2017 by The Columbia Science & Technology Law Review titled "Three

Major Problems Threatening Multi-National Pharmaceutical Companies Doing Business in China" accessible at https://journals.library.columbia.edu/index.php/stlr/article/view/4755.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the Gracell press release dated December 26, 2023 titled "Gracell Biotechnologies to be acquired by AstraZeneca, furthering cell therapy ambition across oncology and autoimmune diseases" accessible https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20231226-9081.pdf.

42. Attached hereto as **Exhibit 40** is a true and correct copy of the white paper by Peter Halesworth published April 12, 2016 by Huang Ren Partners LLC titled "Chinese 'squeeze outs' in American stock markets and the need to protect U.S. investors" accessible at https://www.activistinsight.com/research/Heng%20Ren%20Chinese%20Squeeze%20Outs_120416054137.pdf.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the Gracell press release dated February 22, 2024 titled "Gracell Biotechnologies Acquisition Completed" accessible at https://www.gracellbio.com/pdf_files/newsarticle-asset-auto-20240222-9166.pdf.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the Exhibit 8.1 Group Subsidiaries filed by AstraZeneca PLC with the SEC on December 31, 2016.

45. Attached hereto as **Exhibit 43** is a true and correct copy of *In re FourWorld Event Opportunities, LP*, No. 21-mc-00283-RGS, ECF No. 6 (D. Del. July 29, 2021).

46. Attached hereto as **Exhibit 44** is a true and correct copy of *In re Request from Cayman Islands*, No. 22-mc-00536-RGA, ECF No. 6 (D. Del. Jan. 12, 2023).

47. Attached hereto as **Exhibit 45** is a true and correct copy of the China-Britian Business Focus article dated June 5, 2023 titled "Why AstraZeneca is Betting on Innovation in China" accessible at https://focus.cbbc.org/why-astrazeneca-is-betting-on-innovation-in-china/.

48. Attached hereto as **Exhibit 46** is a true and correct copy of the translation into English of the China Communist Party News Network article dated July 5, 2018 titled "Red leadership, Party building stimulates new momentum for the development of foreign-funded enterprises" accessible at http://dangjian.people.com.cn/n1/2018/0705/c117092-30127874.html.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the translation into English of the China Daily article dated June 28, 2021 titled "AstraZeneca China Party Committee celebrates the 100th anniversary of the founding of the Party and establishes the 'Healthy Ecosystem' Party Building Alliance" accessible at https://js.chinadaily.com.cn/a/202106/28/WS60d9788aa3101e7ce97575e7.html.

50. Attached hereto as **Exhibit 48** is a true and correct copy of the Reuters article dated August 24, 20217 titled "Exclusive: In China, the Party's push for influence inside foreign firms stirs fears" accessible at https://www.reuters.com/article/idUSKCN1B40JU/.

51. Attached hereto as **Exhibit 49** is a true and correct copy of the Financial Times article dated June 18, 2023 titled "AstraZeneca drafts plan to spin off China business amid tensions" accessible at https://www.ft.com/content/d195f3d0-0101-414e-b190-9691e6c5661d.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2024, at New York, New York.

*/s/ Duane L. Loft*

Duane L. Loft