IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Alpine Partners (BVI), L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 24- |

**MOTION TO EXTEND PAGE AND WORD LIMIT FOR
PETITIONER'S MEMORANDUM OF LAW**

Petitioner Alpine Partners (BVI), L.P. ("**Petitioner**"), by and through its undersigned counsel, respectfully moves this Court for an order allowing an extension of page and word count to permit Petitioner to file its Memorandum of Law in support of its Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (the "**Application**"), consisting of no more than 27 pages or 8,500 words.  In support of this Motion, Petitioner states as follows:

1. On June 5, 2024, Petitioner filed its Application, and in support, the Declarations of Zachary Hoskin and Duane L. Loft.  ECF Nos. [--].  The Application was filed against AstraZeneca Pharmaceuticals LP, Kevin Durning, Centerview Partners LLC, OrbiMed Capital LLC, and OrbiMed Advisors LLC (each a "**Respondent**" and collectively, "**Respondents**").

2. Petitioner believes that the filing of a single, omnibus Memorandum of Law in support of its Application against all five Respondents will provide the Court and the parties with increased efficiency and judicial economy, rather than filing five separate applications and five briefs with overlapping content.  The filing of a single, omnibus Memorandum of Law requires a modest extension of the page limits imposed by the District of Delaware Local Rule 7.1.3(4) and

words limits imposed by the Standing Order Regarding Briefing in All Cases dated November 10, 2022. As such, and subject to the Court's approval, Petitioner intends to file a Memorandum of Law that will not exceed 27 pages or 8,500 words.

WHEREFORE, Petitioner respectfully requests the entry of the order filed contemporaneously herewith that permits the filing of an omnibus memorandum in support of the Application.

OF COUNSEL:

PALLAS PARTNERS (US) LLP
Duane L. Loft
Mark C. Davies
Jingxi Zhai
75 Rockefeller Plaza
New York, NY 10019
(212) 970-2300
Duane.Loft@pallasllp.com
Mark.Davies@pallasllp.com
Jingxi.Zhai@pallasllp.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Jamie L. Brown
Jamie L. Brown (# 5551)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
jbrown@hegh.law

*Attorneys for Petitioner*

Dated: June 5, 2024